MCGAFFIC, R.

v.

LOVE, D.

**1782 WDA 2015**

Superior Court of Pennsylvania.

07/26/2017

No. 40004 of 2002 C.A.

(Lawrence)

Affirmed

COM.

v.

STEPHENSON, T.

**1228 WDA 2016**

Superior Court of Pennsylvania.

07/26/2017

CP–07–CR–0002828–2014

(Blair)

Affirmed

PENN–AIRE AVIATION

v.

ADAPT APPALACHIA

**565 WDA 2016**

Superior Court of Pennsylvania.

07/26/2017

2012–01252

(Venango)

Affirmed/Reversed/Remanded

YANAKOS, C.

v.

**UPMC, University of Pittsburgh**

**1331 WDA 2016**

Superior Court of Pennsylvania.

07/26/2017

GD–15–022333

(Allegheny)

Affirmed

